

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2014

No. 04-14-00151-CV

Tanita F. **KEHOE**, Scott Kehoe, and Thomas David White, Jr.,
Appellants

v.

Edward A. **CLOUSE** and Helen R. Clouse,
Appellees

From the County Court at Law, Kendall County, Texas
Trial Court No. 10-627-CCL
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

The Appellant's Motion to Exceed Word Limit is GRANTED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court